

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00061-CR

JOHN ANDREW HERNANDEZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 286th District Court
Hockley County, Texas
Trial Court No. 17-12-9237, Honorable Pat Phelan, Presiding

March 26, 2020

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant John Andrews Hernandez appeals his conviction for possession of a controlled substance. The appellate record was originally due February 20, 2020. The clerk's record has been filed, but appellant has not made payment arrangements for the reporter's record. Now pending before the court is appellant's motion to remand the cause to the trial court to determine whether he is indigent. In the motion, appellant states that he is unable to afford the costs of the reporter's record and can no longer afford his retained counsel's fees.

Accordingly, we grant the motion, abate the appeal, and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall determine the following:

(1) whether appellant still desires to prosecute the appeal;

(2) whether appellant is indigent;

(3) whether appellant is entitled to have the reporter's record furnished without charge; and

(4) whether appellant is entitled to appointed counsel.

The trial court is also directed to enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental record and cause that record to be filed with this court by April 27, 2020. If it is determined that appellant desires to proceed with the appeal, is indigent, and entitled to appointed counsel, the trial court may appoint him counsel; the name, address, email address, and phone number of any counsel appointed shall be included in the aforementioned findings. Should further time be needed to perform these tasks, then same must be requested before April 27, 2020.

It is so ordered.

Per Curiam

Do not publish.